IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROSE ACRE FARMS, INC.,

    Plaintiff,

v.

NORTH CAROLINA DEPARTMENT
OF ENVIRONMENT AND NATURAL
RESOURCES,

JOHN E. SKVARLA, SECRETARY,
THE NORTH CAROLINA
DEPARTMENT OF ENVIRONMENT
AND NATURAL RESOURCES, and

TOM REEDER, DIRECTOR,
DIVISION OF WATER RESOURCES,
NORTH CAROLINA DEPARTMENT
OF ENVIRONMENT AND NATURAL
RESOURCES,

    Defendants.

NO. 5:14-CV-00147-D

ORDER

This matter is before the Court on the Motion to Intervene filed by Pamlico-Tar River Foundation, Friends of Pocosin Lakes National Wildlife Refuge, and Waterkeeper Alliance (collectively, "Intervenors"). This motion is unopposed.

For good cause, the motion is GRANTED. Intervenors are entitled to intervene as of right and permissively under Federal Rule of Civil Procedure 24. The Proposed Answer submitted with the Motion shall be filed by the Clerk.

SO ORDERED. This 7 day of July 2014.

James C Dever III
Chief United States District Judge