IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-147-D

ROSE ACRE FARMS, INC.,

        Plaintiff,

v.

NORTH CAROLINA DEPARTMENT
OF ENVIRONMENT AND NATURAL
RESOURCES, at al.,

        Defendants.

**ORDER**

Intervenor-Defendants' motion for judgment on the pleadings [D.E. 50] is DENIED. The two motions to file briefs as amicus curiae [D.E. 77, 83] are GRANTED. The motion to file a surreply [D.E. 86] is GRANTED.

SO ORDERED. This _8_ day of January 2015.

                                          JAMES C. DEVER III
                                          Chief United States District Judge