UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROSE ACRE FARMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA DEPARTMENT OF )<br>ENVIRONMENT & NATURAL )<br>RESOURCES, JOHN E. SKVARLA, )<br>*Secretary, North Carolina Department of* )<br>*Environment and Natural Resources*, )<br>TOM REEDER, *Director, Division of* )<br>*Water Resources, North Carolina* )<br>*Department of* )<br>*Environment and Natural Resources*, )<br>PAMLICO-TAR RIVER FOUNDATION, )<br>FRIENDS OF POCOSIN LAKES )<br>NATIONAL WILDLIFE REFUGE, and )<br>WATERKEEPER ALLIANCE, INC., )<br>)<br>Defendants. ) | **JUDGMENT**<br>No. 5:14-CV-147-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 53] pursuant to Rule 12(b)(l) for lack of subject-matter jurisdiction. Alternatively, the court DISMISSES the action pursuant to its discretion under the Declaratory Judgment Act. The court DISMISSES Rose Acre's motion for summary judgment [D.E. 65]. The clerk shall close the case.

**This Judgment Filed and Entered on July 30, 2015, and Copies To:**

| | |
|---|---|
| Joseph A. Miller | (via CM/ECF electronic notification) |
| R. Sarah Compton | (via CM/ECF electronic notification) |
| Anita LeVeaux-Quigless | (via CM/ECF electronic notification) |
| Carolyn Ann McLain | (via CM/ECF electronic notification) |
| Eve C. Gartner | (via CM/ECF electronic notification) |
| Hannah Chang | (via CM/ECF electronic notification) |
| Jerome R. Eatman, Jr. | (via CM/ECF electronic notification) |
| Frederick H. Turner | (via CM/ECF electronic notification) |
| James T. Banks | (via CM/ECF electronic notification) |
| Donald J. Harris | (via CM/ECF electronic notification) |
| Henry W. Jones, Jr. | (via CM/ECF electronic notification) |
| Lori Peoples Jones | (via CM/ECF electronic notification) |

DATE **JULIE RICHARDS JOHNSTON, CLERK**

July 30, 2015  By: /s/ Courtney O'Brien

Deputy Clerk